No. 29, Misc.　GODWIN v. HUNTER, WARDEN, ET AL.;
No. 34, Misc.　EVANS v. OVERHOLSER, SUPERINTEND-ENT;
No. 36, Misc.　GREER v. SOUTH CAROLINA;
No. 46, Misc.　CURLANIS v. STEELE, WARDEN;
No. 50, Misc.　JORDAN v. STEELE, WARDEN; and
No. 64, Misc.　WHORTON v. EIDSON, WARDEN.　Motions for leave to file petitions for writs of habeas corpus denied.

No. 38, Misc.　COLLINS v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS.　Motion for leave to file petition for writ of mandamus denied.

No. 95, Misc.　PORT v. GOODMAN, DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus denied.　*Percy V. Long, Bert W. Levit, Arthur H. Kent* and *Valentine Brookes* for petitioner.　*Acting Solicitor General Stern, Acting Assistant Attorney General Slack* and *Fred G. Folsom* for respondent.

No. 125, Misc.　EX PARTE GREYVAN LINES, INC.　Motion for leave to file petition for writ of mandamus denied. *Edward R. Adams, Drew L. Carraway, Homer S. Carpenter* and *Roland Rice* for petitioner.　*Acting Solicitor General Stern, Acting Assistant Attorney General Clapp, Charles H. Weston, E. Riggs McConnell* and *Edward M. Reidy* for the United States and the Interstate Commerce Commission; *Carl Helmetag, Jr.* for the Class I Railroads; and *Burton K. Wheeler, Robert G. Seaks* and *J. Albert Woll* for the Teamsters Union, respondents.

No. 19, Misc.　SANGUIGNI v. FRISBIE, WARDEN.　Motion for leave to file petition for writ of certiorari denied.

No. 26, Misc.　IN RE CLULOW.　Application denied.